**Electronically Filed**
**Intermediate Court of Appeals**
**29185**
**10-MAR-2011**
**01:55 PM**

NO. 29185

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KENT K. FONOIMOANA, Claimant-Appellant,
v.
SUNRISE CONSTRUCTION, INC., and
SEABRIGHT INSURANCE COMPANY,
Employer/Insurance Carrier-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2006-023 (2-02-02768))

ORDER DENYING CLAIMANT-APPELLANT
KENT K. FONOIMOANA'S MOTION FOR RECONSIDERATION
OR IN THE ALTERNATIVE REMANDING THIS CASE TO THE DLIR
(By: Nakamura, Chief Judge, Foley, and Leonard, JJ.)

Upon review of the Motion for Reconsideration or in the Alternative Remanding this Case to the DLIR filed by Claimant-Appellant on March 5, 2011, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, March 10, 2011.

On the motion:

Kent K. Fonoimoana
Claimant-Appellant
Pro Se

Chief Judge

Associate Judge

Associate Judge